UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL JAY RICHMOND, | ) | No. CV 11-5526 GW (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| B.P.H., C.D.C.R., | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: December 26, 2011

_____
GEORGE H. WU
United States District Judge